L. Bryant Jaquez, Esq. (SBN: 252125)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
athursby@ghidottiberger.com

Attorneys for Creditor
Carvana LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re: | ) | Case No. 2:20-bk-10104-VZ |
|---|---|---|
| | ) | Chapter 13 |
| James Alan Williams | ) | |
| Linda Carol Williams | ) | **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) | **DEBTOR'S PLAN** |
| | ) | |
| | ) | |
| | ) | |
| | ) | Automobile: 2016 Buick Verano |
| | ) | Vin: 1G4PW5SK9G4164094 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Vincent P. Zurzolo |

1

1  TO THE HONORABLE VINCENT ZURZOLO UNITED STATES BANKRUPTCY JUDGE,

2  THE DEBTOR, HIS ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE,

3  KATHY DOCKERY:

4      Carvana LLC ("**Creditor**"), a secured creditor of Linda Williams ("**Debtor**"), hereby

5  objects to the confirmation of Debtor's Chapter 13 Plan (the "**Plan**") on the grounds that the Plan

6  does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with

7  other applicable provisions of said Title 11.

8      This objecting Creditor holds a purchase money security interest in a 2016 Buick Verano

9  , motor vehicle (the "**Vehicle**"), with a VIN No.: of 1G4PW5SK9G4164094.

10      **STATEMENT OF FACTS**

11     1.  On or about January 6, 2020, Debtor filed a voluntary Petition under Chapter 13 of

12  the Bankruptcy Code in the United States Bankruptcy Court, Central District of California,

13  Petition No.: 2:20-bk-10104 (the "**Instant Petition**").

14     2.  On or about December 21, 2007, the Debtor entered into the Contract with Creditor.  The

15  proceeds of the Contract were used to purchase the Vehicle.  A true and correct copy of the

16  Contract is attached to the Objection as Exhibit "A".

17     3.  The Contract is secured by a Lien on a vehicle described as 2016 Buick Verano , motor

18  vehicle (the "**Vehicle**"), with a VIN No.: of 1G4PW5SK9G4164094.  A true and correct copy of

19  the Lien and Title Information Report is attached to the Objection as Exhibit "B".

20     4.  The total amount owed to Creditor totals no less than approximately $12,834.89, pursuant

21  to Creditor's forthcoming Proof of Claim.

22      **II**

23      **ARGUMENT**

24

Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed.

**A. <u>REDUCTION OF INTEREST RATE TO 0%:</u>**
11 U.S.C. §1325(a)(5)(B)(ii).

Debtor's Plan proposes to reduce Creditor's interest rate from the contract rate of 26.16% to 0%. The appropriate rate of interest that should be provided in a Chapter 13 plan to compensate the secured creditor for the delay in receiving payments was addressed in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). A secured creditor who is paid the allowed amount of its claim over time must be paid interest post confirmation on its allowed secured claim. The standard requires the Debtor to establish the national prime rate, adjusted upward for the risk of nonpayment. The bankruptcy court must establish an interest rate based on current market rate of interest for similar loans in region, available to borrowers with similar credit histories to that of Debtor; considering risk factors involved with Debtor's credit history, and Creditor's rates for similar transactions within region. 11 U.S.C. § 1325(a)(5)(B). *In re Glueck,* 223 B.R. 514 (Bankr. S.D. Ohio 1998). An interest rate of 0% fails to meet those requirements.

Therefore, Debtor's Plan fails to provide for the proper treatment of Creditor's Claim, by improperly reducing Creditor's interest rate.

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

a. Confirmation of the Proposed Chapter 13 Plan be denied; or, in the alternative,

b. Debtor's plan be amended to provide for appropriate interest on Secured Creditor's Claim.

c. For such other relief as this Court deems proper.

1 | DATED:  May 8, 2020                    GHIDOTTI | BERGER LLP

2

3 |                                         By: /s/ L Bryant Jaquez, Esq.
                                                 L Bryant Jaquez,, Esq.
                                                 Carvana LLC
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)     TrusteeECFMail@gmail.com
Lemuel Bryant Jaquez     bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
Raymond Perez     rperezlaw.ela@gmail.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Robert P Zahradka     caecf@tblaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:** James Alan Williams- 1981 Santa Ana South Los Angeles, CA 90059
**Joint Debtor**: Linda Carol Williams - 1981 Santa Ana South Los Angeles, CA 90059

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/08/2020 | Marlen Gomez | /s/ Marlen Gomez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE